UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pharo Gaia Fund, Ltd., et al.

           Plaintiffs,

v.

Bolivarian Republic of Venezuela

           Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 20-cv-8497 (AT)

I hereby certify under the penalties of perjury that on the 16th day of October 2020, I served defendant:

**Bolivarian Republic of Venezuela**

By dispatching via Federal Express, Tracking No. 7718 0866 7402, to the U.S. Department of State, Office of Legal Affairs, (CA/OCS/L), SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522 Attn: FSIA, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Spanish):

(1) Summons with attached Affidavit of Translation
(2) Complaint with attached Affidavit of Translation
(3) Notice of Suit with attached Affidavit of Translation
(4) Statements of Relatedness with attached Affidavit of Translation
(5) Corporate Disclosure Statement with attached Affidavit of Translation
(6) Civil Cover Sheet with attached Affidavit of Translation

Dated: New York, New York
        October 16, 2020

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/Shanee Mcleod
                              Deputy Clerk

