UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD., and PHARO TRADING FUND, LTD.

        Plaintiffs,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2021

20 Civ. 8497 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' status letter at ECF No. 15. Accordingly, by **March 8, 2021**, if service has not been completed, Plaintiffs shall submit a letter updating the Court on the status of service.

SO ORDERED.

Dated: February 8, 2021
      New York, New York

                                       ANALISA TORRES
                                  United States District Judge