```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD., and PHARO TRADING FUND, LTD.

       Plaintiffs,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

       Defendant.

20 Civ. 8497 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed Plaintiffs' status letter at ECF No. 17. Accordingly, by **April 23, 2021**, if service has not been completed, Plaintiffs shall submit a letter updating the Court on the status of service.

  SO ORDERED.

Dated: March 9, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge