UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Pharo Gaia Fund, Ltd. et al.

                        **Plaintiff(s),**

20 Civ. 8497 (AT)

- against -

**CLERK'S CERTIFICATE OF DEFAULT**

Bolivarian Republic of Venezuela

                        **Defendant(s),**
------------------------------------------------------------X

        **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on October 12, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) February 12, 2021 by personally serving Embassy of the Bolivarian Republic of Venezuela in Washington, DC, *and proof of service was therefore filed on* March 18, 2021, *Doc. #(s)* N/A.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

            , 20___

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                                     **By:** _____
                                             **Deputy Clerk**