UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Pharo Gaia Fund, Ltd. et al.

       **Plaintiff(s),**

    **- against -**

Bolivarian Republic of Venezuela

       **Defendant(s),**

------------------------------------------------------------X

20 Civ. 8497 (AT)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 12, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Bolivarian Republic of Venezuela by personally serving Embassy of the Bolivarian Republic of Venezuela in Washington, D.C. under cover of the U.S. Department of State diplomatic note, and proof of service was therefore filed on March 18, 2021, Doc. #(s) N/A.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

   April 15, 20 21

             **RUBY J. KRAJICK**
             **Clerk of Court**

             *K. Mango*
       **By:** _____
             **Deputy Clerk**