UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD., and PHARO TRADING FUND, LTD.,<br><br>          Plaintiffs,<br><br>   v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>          Defendant. | Case No. 20-cv-8497 (AT) |

**[PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANT THE BOLIVARIAN REPUBLIC OF VENEZUELA**

Upon the Declaration of Jeffrey Hanlon, and the Declaration of Matthew D. McGill, and the exhibits thereto, submitted in support of the motion for default judgment filed by plaintiffs Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd. (collectively, "Plaintiffs") against defendant the Bolivarian Republic of Venezuela ("Venezuela"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and Attachment A to this Court's Individual Rules and Practices, and upon all the pleadings and proceedings herein, and sufficient cause appearing therefrom,

IT IS HEREBY ORDERED that Venezuela, or its respective attorneys, show cause before the Honorable Analisa Torres, United States District Judge, at the United States District Court for the Southern District of New York, Courtroom 15D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on the __ day of _____, 2021, at _____ o'clock, or as soon thereafter as counsel can be heard, why an order should not be entered directing the clerk to enter a default judgment against Venezuela as to Plaintiffs' causes of action.

2

It is further ORDERED that Plaintiffs shall file proof of service of this Order to Show Cause by the ___ day of _____, 2021.

Dated _____, 2021

_____

Honorable Analisa Torres
United States District Judge