

**OFICINA DEL PROCURADOR ESPECIAL**
República Bolivariana de Venezuela

PER-P-249                                                                                                           Bogotá D.C., 20 de abril de 2021

The Honorable Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

                                          Re:     Pharo Gaia Gund, Ltd. Et al. v. Bolivarian
                                          Republic of Venezuela C.A. No. 1:20-cv-08497-AT

Estimada Jueza Torres:

La República lamenta no estar en condiciones de presentar una respuesta formal (*answer*) en este momento en el caso *Pharo Gaia Fund, Ltd. et al. v. Bolivarian Republic of Venezuela*. Desafortunadamente, debido a las especiales condiciones institucionales, humanitarias y económicas que atraviesa nuestro país, se han establecido estrictos procedimientos y controles para la asunción de nuevos compromisos económicos, incluida la contratación de firmas de abogados y/o la asignación de nuevos casos, por lo que, hasta el momento no se ha logrado la autorización de la Asamblea Nacional para que la Procuraduría Especial contrate a un bufete de abogados externos para comparecer en este importante caso en representación de la República. Esperamos obtener dicha autorización dentro de los próximos 60 días. Tan pronto como la Procuraduría Especial esté autorizada para contratar a un bufete de abogados, la República comparecerá en este caso.

Muy respetuosamente,


**ENRIQUE J. SÁNCHEZ FALCÓN**
Procurador Especial de la República
Calle 77, #11019, Torre 77, piso 9
Bogotá, Colombia 110231
Tel: +573226034533



**ENGLISH TRANSLATION**

Dear Judge Torres:

The Republic regrets not being in a position to present an answer at this moment in the *Phao Gaia Fund, Ltd. v. Bolivarian Republic of Venezuela* case. Unfortunately, due to the extraordinary institutional, humanitarian, and economic conditions our country is going through, strict procedures and controls have been established for the assumption of new financial commitments, including the hiring of law firms and/or the assignment of new cases, due to which, at this moment, the National Assembly has not granted its authorization for the Special Attorney General's office to hire an external law firm to appear in this important case. We expect to obtain such authorization within the next 60 days. As soon as the Special Attorney General's office is authorized to hire a law firm, the Republic will appear in this case.

Very respectfully,


**ENRIQUE J. SÁNCHEZ FALCÓN**
Special Attorney General of the Bolivarian Republic of Venezuela
Calle 77, #11019
Torre 77, piso 9
Bogotá,
Colombia 110231
Tel: +573226034533

2