UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD., and PHARO TRADING FUND, LTD.

          Plaintiffs,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021
```

20 Civ. 8497 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 21, 22, and 27, 2021. ECF Nos. 26, 28–29. Accordingly, the procedures in Attachment A of the Court's Individual Practices in Civil Cases are WAIVED. The Court will issue an order with respect to Plaintiffs' motion for default judgment, ECF No. 23, in due course.

    SO ORDERED.

Dated: May 27, 2021
       New York, New York

                                  ANALISA TORRES
                              United States District Judge