UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD. and PHARO TRADING FUND, LTD.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA, S.A.,<br><br>　　　　　　Defendant. | Case No. 20-cv-8497-AT |

**NOTICE OF PLAINTIFFS' MOTION TO VACATE DEFAULT JUDGMENT AND VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 60(b)(6) and 41(a)(2), and upon the accompanying Memorandum of Law, dated April 15, 2025, Plaintiffs Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd. move this Court for an order vacating Plaintiffs' default judgment against Defendant the Bolivarian Republic of Venezuela and thereafter dismissing the underlying claims without prejudice.

Dated:  April 16, 2025

Washington, DC

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill
MMcGill@gibsondunn.com
Nick Harper (*pro hac vice pending*)
NHarper@gibsondunn.com
1700 M St., N.W.
Washington, DC  20036
(202) 887-3680

*Counsel for Plaintiffs Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd.*